```
                                              FILED
                                       CLERK U.S. DISTRICT COURT

                                           APR 25 2011

                                       CENTRAL DISTRICT OF CALIFORNIA
                                       BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> MARIO ALFONSO DIAZ ) <br> Defendant. ) <br> _____ ) | Case No.: 11-MJ-00884-DUTY <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern District of California__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __absence of verified information re: Community ties / immigration status__

|   |     |                                                                      |
|---|-----|----------------------------------------------------------------------|
| 1 |     |                                                                      |
| 2 |     |                                                                      |
| 3 |     |                                                                      |
| 4 |     | and/or                                                               |
| 5 | B.  | ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _prior criminal history_ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings. ~~also~~ without prejudice

Dated: 4/25/11

*/s/ Carla M. Woehrle*
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE

2